UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket. No. 3:03CR41 (AWT) |
| PHYLLIS WOODHOUSE | : January 9, 2007 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY


      CHRISTINE SCIARRINO
      ASSISTANT UNITED STATES ATTORNEY
      UNITED STATES ATTORNEY'S OFFICE
      157 CHURCH STREET, 23RD FLOOR
      NEW HAVEN, CT  06510
      TEL: (203) 821-3700/FAX: (203) 773-5392
      JURIS NO: CT03393
      E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>Certification</u>

    This is to certify that a copy of the foregoing was mailed postage prepaid on this 20th day of February, 2007 to:

Phyllis Woodhouse
Bridgeport, CT

 

_____
Christine Sciarrino