UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Docket No. 3:03CR41 (AWT) |
| PHYLLIS A. WOODHOUSE : | |

POST-JUDGMENT STIPULATION

Whereas, on December 23, 2003, a criminal judgment was entered against the defendant, Phyllis A. Woodhouse, in which she was ordered to pay restitution in the amount of $20,082.00; and

Whereas, the Government and the defendant, Phyllis A. Woodhouse, now desire to stipulate to a schedule for the payment of the restitution amount;

Therefore, it is hereby agreed by the Government and Phyllis A. Woodhouse and ORDERED by this Court that:

1. Phyllis A. Woodhouse shall make monthly payments of at least $45.00 on the **15th** day of each and every month commencing on **March 15, 2007.**

2. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United States District Court, 450 Main Street, Hartford, Connecticut 06103. Checks must reference the above docket number.

3. The current balance of Ms. Woodhouse's criminal debt as of February 12, 2007 is $19,502.00.

4. Phyllis A. Woodhouse agrees to complete a financial statement upon the Government's request.

5. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Phyllis A. Woodhouse's financial circumstances.

6. Phyllis A. Woodhouse's failure to comply with the payment schedule set forth in Paragraphs 1 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

7. In addition to regular monthly payments, in accordance with Paragraphs 1, the Government may submit the debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Phyllis A. Woodhouse is entitled may be offset and applied to this debt.

8.	The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

9.	Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Phyllis A. Woodhouse has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: February 20, 2007

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 2/12/2007

PHYLLIS A. WOODHOUSE
BRIDGEPORT, CONNECTICUT


APPROVED and SO ORDERED this _____ day of _____ 2007 at Hartford, Connecticut.

_____
ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE

-4-